UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Teofilo SOLORIO, Defendant–Appellant.

UNITED STATES of America, Plaintiff–Appellee,

v.

Bourne Bobby THOMAS, Defendant–Appellant.

Nos. 93–50507, 93–50508.

United States Court of Appeals, Ninth Circuit.

April 26, 1995.

Before: NELSON, and NOONAN, Circuit Judges, and KING *, District Judge.

**ORDER**

The court's previous opinion, slip op. 11375 [37 F.3d 454] (9th Cir. Sept. 20, 1994) is hereby withdrawn. An unpublished disposition is being filed.

---

* The Honorable Samuel P. King, United States District Judge for the District of Hawaii, sitting by designation.